THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMIL MOSBACHER, Respondent, against MARK GRAVES et al., Constituting the State Tax Commission, Appellants.

Argued January 3, 1939; decided January 17, 1939.

*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* of counsel), for appellants.

*Mark Eisner, Ferdinand Tannenbaum and Frederick A. Galloway* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.